

**FILED**

09/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

## IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

**FILED**

SEP 01 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF
JOSE B. LORENZO

**ORDER**

Jose B. Lorenzo has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of his application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission. Lorenzo passed the MPRE in 1998 when seeking admission to the practice of law in Florida. He was admitted to the Florida Bar in 1998 and the District of Columbia Bar in 1999, and has remained a member of good standing in both of those bars since then. Good cause appearing,

IT IS HEREBY ORDERED that the petition of Jose B. Lorenzo to waive the three-year test requirement for the MPRE for purposes of his current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 1st day of September, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2